1

2

3

4

5              IN THE UNITED STATES DISTRICT COURT

6          FOR THE NORTHERN DISTRICT OF CALIFORNIA

7

8   ADAM BLOMQUIST,                    )   No. C 07-04326 TEH (PR)
                                       )
9              Plaintiff,              )   ORDER OF DISMISSAL AND
                                       )   INSTRUCTIONS TO THE CLERK
10    vs.                              )
                                       )
11  UNITED STATES OF AMERICA,          )
                                       )
12             Defendant.              )
                                       )
13  _____  )

14      On August 22, 2007, Plaintiff filed a pro se civil rights action in this Court.  On

15  that same day, the Court sent a notification to Plaintiff informing him that he had neither

16  paid the filing fee nor submitted a completed application for leave to proceed in forma

17  pauperis.  The Court provided a copy of the correct in forma pauperis application, along

18  with a return envelope, and a notification that the case would be dismissed if Plaintiff

19  failed to pay the fee or file the completed application within thirty days.  More than thirty

20  days has passed and Plaintiff has not responded.  Accordingly, this case is DISMISSED

21  without prejudice for failure to pay the filing fee.

22      The Clerk shall close the file and enter judgment in this matter.

23  IT IS SO ORDERED.

24  DATED:  March 20, 2008          _____
                                    THELTON E. HENDERSON
25                                  United States District Judge

26

27

28