1
2
3
4
5          IN THE UNITED STATES DISTRICT COURT
6        FOR THE NORTHERN DISTRICT OF CALIFORNIA
7
8   ADAM BLOMQUIST,                    )    No. C 07-04326 TEH (PR)
                                       )
9                   Plaintiff,         )    JUDGMENT
                                       )
10      vs.                            )
                                       )
11  UNITED STATES OF AMERICA,          )
                                       )
12                  Defendant.         )
                                       )
13  _____)

14          For the reasons stated on the order of dismissal, this case is DISMISSED without

15  prejudice.  Judgement is entered accordingly.

16  IT IS SO ORDERED.

17

18  DATED:   03/27/08                   _____
                                        THELTON E. HENDERSON
19                                      United States District Judge

20
21
22
23
24
25
26
27
28